**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00061-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EVA CANTU,

    Defendant.

## MINUTE ORDER[1]

On April 18, 2013, commencing at 9:30 a.m., the court shall conduct a telephonic setting conference to set a hearing on defendant's **Unopposed Motion To Continue Trial** [#16] filed April 15, 2013. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: April 15, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.